**WILLIAM McCORKLE, CHARLES ANDERSON and JOHN Y. BRYANT, Executors of Mary Brown, who was Widow of John Brown, v. WILLIAM CLOUD, Surviving Executor of John Brown.**

Orphans' Court.   New Castle.   August 23, 1817.

*Ridgely's Notebook I, 146.*

**CHARLES T. VANHIKLE v. CHARLES THOMAS.**

Orphans' Court.   New Castle.   August 25, 1817.

*Ridgely's Notebook I, 148.*

**ROBERT McMURPHY v. ALRICH RYLAND.**

Orphans' Court.   New Castle.   August 25, 1817.

*Ridgely's Notebook I, 148.*[1]

---

[1] Ridgely in paging the manuscript has repeated pp. 148–149.